

Wall Street Plaza
88 Pine Street, 28th Floor
New York, New York 10005
phone: 212-483-0105
fax: 212-480-3899
www.cmg.law

350 Mount Kemble Avenue
P.O. Box 1917
Morristown, New Jersey 07962
phone:  973-267-0058
fax:  973-267-6442

ADAM M. SMITH, ESQ.
DIRECT DIAL: (212) 612-4995
EMAIL: ASMITH@CMG.LAW

LISA M. BONANNI, ESQ.
DIRECT DIAL: (212) 612-4993
EMAIL: LBONANNI@CMG.LAW

# MEMO ENDORSED , at page 2.

October 28, 2022

**Via ECF**

The Honorable Edgardo Ramos
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

> **Re:** ***Zurich American Insurance Company v. Scottsdale Insurance Company***
> **Civil Action No.: 1:22-cv-00364-ER**

Dear Judge Ramos:

This firm represents the Plaintiff Zurich American Insurance Company ("Zurich"), in the above-referenced matter (the "DJ Action"). Pursuant to Rule 1.E of Your Honor's Individual Rules and Procedures, we write the Court to respectfully request amendment of the Civil Case Management Plan and Scheduling Order (the "Scheduling Order") to extend the current discovery deadlines in the DJ Action and adjourn the upcoming conference. The current deadline is set for October 31, 2022, with a conference scheduled for November 1, 2022, at 3:30pm. Defendant Scottsdale Insurance Company ("Scottsdale") (together with Zurich, the "Parties") consents to and joins in this request.

The Parties have been engaged in discovery. Scottsdale recently served Zurich with its responses to Zurich's interrogatories and Zurich's document demands, along with document production and Scottsdale's Rule 26(a) disclosure. Zurich recently served Scottsdale with its Rule 26(a) disclosure. The Parties agree that additional time for discovery is necessary for the service of additional demands, notice(s) to admit and Zurich's responses to Scottsdale's demands and interrogatories.

The Parties therefore respectfully request that the Scheduling Order be amended as follows:

- All discovery (fact and expert) shall be completed no later than **December 30, 2022** (previously October 31, 2022).

- By **November 7, 2022**, Plaintiff will serve Scottsdale with additional discovery demands.

2207578



Hon. Edgardo Ramos
October 28, 2022
Page 2 of 2

- By **November 23, 2022**, Plaintiff with serve Scottsdale with responses to Scottsdale's document demands and interrogatories.

- By **December 7, 2022**, Scottsdale will serve Plaintiff with responses to Plaintiff's additional discovery demands and any additional demands of its own.

- Plaintiff will respond to Scottsdale's additional demands by **December 28, 2022**.

- On **January 3, 2022**, at a time convenient for the Court, a conference will be held (previously November 1, 2022 at 3:30pm).

The Parties have not previously requested an extension of discovery. We greatly appreciate Your Honor's time and consideration of this matter.

Respectfully submitted,

Coughlin Midlige & Garland LLP

_/s/ Adam M. Smith_
Adam M. Smith
Lisa M. Bonanni

cc:   **Via ECF**
Lorin A. Donnelly, Esq.
MILBER MAKRIS PLOUSADIS & SEIDEN, LLP
*Attorneys for Defendant*
*Scottsdale Insurance Company*
1000 Woodbury Road
Woodbury, NY 11797
(516) 712-4000 ext. 1123
File No.: 221-21822
ldonnelly@milbermakris.com

The parties' requests for an adjournment of the upcoming conference and an extension for the current discovery deadlines are granted. The telephone conference is adjourned until January 6, 2023 at 9:30 AM. SO ORDERED.

Edgardo Ramos, U.S.D.J
Dated: October 31, 2022
New York, New York

2207578