UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY,<br><br>       Plaintiff,<br><br>    -against-<br><br>SCOTTSDALE INSURANCE COMPANY,<br><br>       Defendant. | 22-CV-364 (JGLC)<br><br>**NOTICE OF REASSIGNMENT** |

JESSICA G. L. CLARKE, United States District Judge:

  This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates and deadlines shall remain in effect notwithstanding the case's reassignment, including the summary judgment briefing schedule set at the case management conference on May 23, 2023. **All counsel must familiarize themselves with the Court's Individual Rules and Practices, which are available at https://nysd.uscourts.gov/hon-jessica-g-l-clarke**.

Dated: August 2, 2023
    New York, New York

                     SO ORDERED.

                     *Jessica Clarke*
                     JESSICA G. L. CLARKE
                     United States District Judge