UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ZURICH AMERICAN INSURANCE COMPANY,

            Plaintiff,

-against-

SCOTTSDALE INSURANCE COMPANY,

            Defendant.

22-CV-364 (JGLC)

**ORDER**

---

JESSICA G. L. CLARKE, United States District Judge:

    Pursuant to the Court's Individual Rules, the parties shall file, no later than **January 5, 2024**, versions of their opening summary judgment briefs which include a statement of facts (which are omitted in the current memoranda of law), as well as a joint Rule 56.1 Statement setting out all facts on which the parties agree. *See* Individual Rule 4(f). No modifications to the parties' currently submitted briefs are permitted other than the addition of a statement of facts, each not to exceed five double-spaced pages, to these two memoranda of law.

Dated: December 27, 2023
       New York, New York

                                        SO ORDERED.

                                        *Jessica Clarke*

                                        JESSICA G. L. CLARKE
                                        United States District Judge