Wall Street Plaza
88 Pine Street, 28th Floor
New York, New York 10005
phone: 212-483-0105
fax: 212-480-3899
www.cmg.law



350 Mount Kemble Avenue
P.O. Box 1917
Morristown, New Jersey 07962
phone: 973-267-0058
fax: 973-267-6442

ADAM M. SMITH, ESQ.
DIRECT DIAL: (212) 612-4995
EMAIL: ASMITH@CMG.LAW

LISA M. BONANNI, ESQ.
DIRECT DIAL: (212) 612-4993
EMAIL: LBONANNI@CMG.LAW

January 4, 2024

**Via ECF**
The Honorable Jessica G.L. Clarke
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007



    **Re:**    ***Zurich American Insurance Company v. Scottsdale Insurance Company***
              **Civil Action No.: 1:22-cv-00364-JGLC**

Dear Judge Clarke:

      We represent the Plaintiff Zurich American Insurance Company ("Zurich"), in the above-referenced matter. Pursuant to Rules 2.A and 2.E of Your Honor's Individual Rules and Procedures, and with the consent of Defendant Scottsdale Insurance Company ("Scottsdale"), we write on behalf of both parties to respectfully request a brief extension to the current deadlines set by Your Honor's December 27, 2023 Order for submission of a Joint Rule 56.1 Statement of Undisputed Material Facts and revised Memoranda of Law for the pending summary judgment motions in this matter. With regard to that request, we note as follows:

1. The current deadline for the parties' submission of a Joint Statement of Undisputed Material Facts and revised Memoranda of Law with respect to the parties' pending motions for summary judgment is set for January 5, 2024. The new date requested is January 12, 2024.
2. This is the parties' first request of an extension with respect to Your Honor's December 27, 2023 Order.
3. The adjournment is requested to due to the holidays and vacation schedules of the parties requiring additional time to complete preparation of the Joint Statement of Undisputed Material Facts and revised Memoranda of Law.
4. Defendant Scottsdale consents to this request and joins in same.
5. There is no future date scheduled for the Parties to appear before Your Honor for this matter.

3082054



Hon. Jessica G.L. Clarke
January 4, 2024
Page 2 of 2

     We appreciate Your Honor's consideration of this request.  Should you have any questions, or wish to discuss this request, we will make ourselves available at Your Honor's convenience.

          Respectfully submitted,

          Coughlin Midlige & Garland LLP

           /s/ Lisa M. Bonanni
          Adam M. Smith
          Lisa M. Bonanni

cc:    **Via ECF**
       Lorin A. Donnelly, Esq.
       MILBER MAKRIS PLOUSADIS & SEIDEN, LLP
       *Attorneys for Defendant*
       *Scottsdale Insurance Company*
       1000 Woodbury Road
       Woodbury, NY 11797
       (516) 712-4000 ext. 1123
       File No.: 221-21822
       ldonnelly@milbermakris.com

Application GRANTED. The deadline set in ECF No. 48 is hereby EXTENDED to **January 12, 2024**.

The Clerk of Court is directed to terminate ECF No. 49.

SO ORDERED.

*/s/ Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: January 5, 2024
       New York, New York

3082054